**Order entered May 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01703-CR
No. 05-12-01704-CR

**JOHN RUIZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause Nos. F11-31859, F10-31315-H**

## ORDER

The Court **GRANTS** court reporter Crystal R. Jones's May 13, 2013 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Jones to file the reporter's record within **THIRTY DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE